1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105
5  Telephone: (415) 947-2000
   Facsimile:  (415) 947-2099
6
7  Attorneys for Defendant
   CALIPER LIFE SCIENCES, INC.
8

9  UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11

12 GENMARK DIAGNOSTICS, INC.,            )  CASE NO.: CV-10-5094 MEJ
   a Delaware corporation,               )
13                                        )  **SECOND STIPULATION AND**
              Plaintiff,                  )  ~~**PROPOSED**~~ **ORDER TO EXTEND**
14                                        )  **TIME FOR DEFENDANT TO**
       v.                                 )  **RESPOND TO THE COMPLAINT &**
15                                        )  **CONTINUING CMC DATE AND**
   CALIPER LIFE SCIENCES, INC.,           )  **RELATED DATES**
16  a Delaware corporation,               )
                                          )  Current CMC Date: 2/17/2011
17            Defendant.                  )
                                          )  Proposed CMC Date: 4/01/2011
18                                        )
                                          )  Before: Hon. Maria Elena James
19                                        )
                                          )
20

21        WHEREAS, Plaintiff Genmark Diagnostics, Inc. ("Genmark") filed its Complaint on

22 November 11, 2010;

23        WHEREAS, Defendant Caliper Life Sciences, Inc.'s ("Caliper") responsive pleading is

24 currently due on January 14, 2011;

25        WHEREAS, the Rule 26(f) Report, initial disclosures, and Case Management Statement

26 are currently due on February 10, 2011;

27        WHEREAS, the Initial Case Management Conference is currently scheduled for

28 February 17, 2011;

1  WHEREAS, the parties desire to defer such deadlines in order to pursue settlement
2 discussions;
3  NOW, THEREFORE, the parties, by and through their undersigned counsel of record,
4 hereby agree to stipulate to the following:
5  1. Defendant Caliper will file a responsive pleading on or before February 28, 2011.
6  2. The Rule 26(f) meet and confer will occur at least 21 days before the new date
7 ordered by the Court for the Initial Case Management Conference.
8  3. The Rule 26(f) Report, initial disclosures, and Case Management Statement will
9 be filed on or before March 25, 2011 or no later than 7 days before the new date ordered by the
10 Court for the Initial Case Management Conference.
11  3. The Initial Case Management Conference currently scheduled for February 17,
12 2011 is hereby continued until April 1, 2011 or to such later date as may be ordered by the Court.

Dated: January 12, 2011                Respectfully submitted,

                                       WILSON SONSINI GOODRICH & ROSATI


                                       By:   /s/Michael A. Berta
                                                Michael A. Berta

                                       Attorneys for Defendant
                                       CALIPER LIFE SCIENCES, INC.


Dated: January 12, 2011                Respectfully submitted,

                                       MORGAN, LEWIS & BOCKIUS LLP


                                       By:   /s/Daniel Johnson, Jr.
                                                Daniel Johnson, Jr.

                                       Attorneys for Plaintiff
                                       GENMARK DIAGNOSTICS, INC.

[PROPOSED] ORDER

Pursuant to the above stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendant Caliper will file a responsive pleading on or before February 28, 2011.

2. The Rule 26(f) meet and confer will occur at least 21 days before the Initial Case Management Conference.

2. The Rule 26(f) Report, initial disclosures, and Case Management Statement will be filed on or before March 25, 2011 or no later than 7 days before the new date ordered by this Court for the Initial Case Management Conference.

3. The Initial Case Management Conference currently scheduled for February 17, 2011 is hereby continued until April 7, 2011, or to such later date as may be ordered by this Court.

Dated: January 14, 2011

_____
Hon. Maria Elena James
United States Magistrate Judge

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND TIME & CONTINUING CMC DATE
CASE NO. CV 10-5094 MEJ

-3-

I, Michael A. Berta, am the ECF User whose identification and password are being used to file the **SECOND STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT & CONTINUING CMC DATE AND RELATED DATES**. In compliance with General Order 45.X.B, I hereby attest that Daniel Johnson, Jr. has concurred in this filing.

Dated: January 12, 2011

WILSON SONSINI GOODRICH & ROSATI

By:   /s/Michael A. Berta
      Michael A. Berta

Attorneys for Defendant
CALIPER LIFE SCIENCES, INC.